# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael James Gomez, | No. CV-10-01179 PHX-NVW (MEA) |
| Petitioner, | |
| v. | **ORDER** |
| Brigadier General Kurt Neubauer, Major Michael Borders, | |
| Respondents. | |

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Aspey (Doc. 14) regarding petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241(c)(3) (Doc. 1). The R&R recommends that the Petition be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 11). Petitioner filed objections on September 16, 2010 (Doc. 15). Respondents filed a Reply on September 26, 2010 (Doc. 16).

The Court has considered the objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The decision in *Allen v. Steele*,

759 F.2d 1469, 1471 (9th Cir. 1985), is controlling.  The Court therefore agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Doc. 14) is accepted.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment denying Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241(c)(3) (Doc. 1) and dismissing it with prejudice.  The Clerk shall terminate this action.

DATED this 27th day of September, 2010.

_____
Neil V. Wake
United States District Judge